

normal appellate review and said motion for a stay of proceedings and other specified relief is hereby denied as moot.

No. 15–0361/MC. U.S. v. Matthew Hoffmann. CCA 201400067. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 2, 2015.

Wednesday, February 11, 2015

